Georgia Staton Bar #004863
Gordon Lewis, Bar #015162
Stephanie D. Baldwin, Bar #036897
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone:  (602) 263-4479
Fax:  (602) 200-7897
glewis@jshfirm.com
sbaldwin@jshfirm.com

Attorneys for Defendants Phoenix Union High
School District and Cyndi Tercero

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Bragg,<br><br>                              Plaintiff,<br><br>v.<br><br>Phoenix Union High School District;<br>Cyndi Tercero and Christopher Oglesby,<br><br>                              Defendants. | No. 2:22-cv-02187-DJH<br><br>**Answer** |

Defendants Phoenix Union High School District ("the District"), and Cyndi Tercero ("collectively "Defendants"), by and through undersigned counsel, for their Answer to Plaintiff's Amended Complaint, admits, denies and alleges as follows:

1.      Defendants deny each and every allegation not specifically admitted in this Answer.

2.      In answering Paragraph entitled "Exhibit 1" to Plaintiffs First Amended Complaint, Defendants are without knowledge or information sufficient to form a belief regarding the existence of the medical condition described in the Paragraph entitled "Exhibit 1" of Plaintiff's First Amended Complaint, and therefore deny same and demand strict proof thereof.  Defendants are without knowledge or information sufficient to form a belief as to whether Plaintiff possesses a condition that would qualify as a disability under

the Americans with Disabilities Act, and therefore deny same and demand strict proof thereof.   Defendants deny that the District failed to investigate any requested accommodations at the time of Plaintiff's application, and affirmatively assert that Plaintiff did not indicate at the time she applied that she believed she had a disability or required an accommodation for a disability.

3.     In answering the Paragraph entitled "Exhibit 2" to Plaintiff's First Amended Complaint, Defendants deny that Christopher Oglesby unlawfully denied reasonable modification requests by the Plaintiff and affirmatively assert that the District appropriately responded to requests it received from the Plaintiff for workplace accommodations.  The District denies that Christopher Oglesby failed to promptly respond to any request for accommodation.

4.     In answering Paragraph entitled "Exhibit 3" to Plaintiff's First Amended Complaint, Defendants deny that Cyndi Tercero ignored reasonable modification requests submitted by Plaintiff and affirmatively asserts that the District responded appropriately to request for workplace accommodations it received from the Plaintiff.

## AFFIRMATIVE DEFENSES

1.     As a first affirmative defense, Defendants assert that Plaintiff fails to state a claim upon which relief can be granted because Plaintiff did not suffer an adverse employment action, which is required to maintain a claim for violation of the Americans with Disabilities Act for failing to accommodate a known disability.

2.     As a further affirmative defense, Defendants assert that the District appropriately engaged in the interactive process in relation to any accommodation request submitted by Plaintiff.

11418558.1

3.      As further affirmative defense, Defendants assert that individual defendants Cindy Tercero and Christopher Oglesby cannot be liable as individuals under the Americans with Disabilities Act.  *Walsh v. Nevada Department of Human Resources*, 471 F.3d 1033, 1038 (9th Cir. 2006).

4.      As a further affirmative defense, Defendants assert that the District had legitimate, non-discriminatory reasons for responding to Plaintiff's request for workplace accommodations in the manner in which it did.

**WHEREFORE**, having fully answered Plaintiff's complaint, Defendants pray that Plaintiff's complaint be dismissed, that Plaintiff take nothing thereby, and that Defendants received its costs in defending the matter.

DATED this 22nd day of February, 2023.

JONES, SKELTON & HOCHULI, P.L.C.

By /s/ Gordon Lewis
Georgia Staton
Gordon Lewis
Stephanie D. Baldwin
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Attorneys for Defendants Phoenix Union
High School District and Cyndi Tercero

3

11418558.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of February, 2023, I caused the foregoing

document to be filed electronically with the Clerk of Court through the CM/ECF System

for filing; and served on counsel of record via the Court's CM/ECF system.

Ashley Bragg
14250 W. Wingwam Blvd., #2422
Litchfield Park, Arizona 85340
ashley.bragg4@icloud.com
Pro Se


/s/ Jennifer Bernardo

11418558.1