**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Bragg, | No. CV-22-02187-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Union High School District, | |
| Defendant. | |

On May 15, 2023, *pro se* Plaintiff Ashley Bragg ("Plaintiff") filed a Motion for Reconsideration (Doc. 33) seeking reconsideration of this Court's January 19, 2023, Order (Doc. 7), dismissing her constructive discharge claim. The Motion is untimely and will be denied. *See* LRCiv 7.2(g)(2) ("Absent good cause shown, any motion for reconsideration shall be filed no later than fourteen (14) days after the date of the filing of the Order that is the subject of the motion."). The Court notes, however, that in her Motion, Plaintiff seeks to add factual allegations related to her constructive discharge claim, which was not dismissed with prejudice. (Doc. 33). Plaintiff's Motion is therefore more properly brought as a motion for leave to amend her First Amended Complaint under Federal Rule of Civil Procedure 15(a) and Local Rule 15.1.

Accordingly, Plaintiff may file a motion seeking leave to amend her First Amended Complaint in compliance with Local Rule 15.1(a) on or before June 1, 2023, or, if Defendant consents to her proposed amendments, an Amended Complaint in compliance with Local Rule 15.1(b).

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration (Doc. 33) is **denied**. Plaintiff may file a motion seeking leave to amend her First Amended Complaint in compliance with Local Rule 15.1(a) **on or before June 1, 2023**, or, if Defendant consents to her proposed amendments, an Amended Complaint in compliance with Local Rule 15.1(b).

Dated this 18th day of May, 2023.

Honorable Diane J. Humetewa
United States District Judge