**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ashley Bragg, | No. CV-22-02187-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Phoenix Union High School District, | |
| Defendant. | |

*Pro se* Plaintiff Ashley Bragg ("Plaintiff") has filed a Motion for Fee Waiver Assistance (Doc. 54). Therein, Plaintiff seeks "to obtain fee waiver assistance to conduct depositions and witness testimonies. . . ." (*Id.*)).

"The Supreme Court has declared that 'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress[.]'" *Tedder v. Odel*, 890 F.2d 210, 211–12 (9th Cir. 1989) (quoting *United States v. MacCollom*, 426 U.S. 317, 321 (1976)) (alterations in original). Plaintiff cites to no case law, and the Court is aware of none, that permits it to waive Plaintiff's costs associated with depositions and witness testimonies. Plaintiff's request is therefore denied. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Fee Waiver Assistance (Doc. 54) is **denied**.

Dated this 30th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge